NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PACT XPP SCHWEIZ AG,**

*Plaintiff-Appellant*

**v.**

**INTEL CORPORATION,**

*Defendant-Appellee*

---

2025-1003

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01006-JDW, Judge Joshua D. Wolson.

---

**ON MOTION**

---

Before LOURIE, MAYER, and HUGHES, *Circuit Judge*.

PER CURIAM.

### O R D E R

Agreeing that this appeal was filed prematurely, the parties jointly move for dismissal, subject to reinstatement without the payment of an additional filing fee, following entry of an order disposing of pending counterclaims.

Upon consideration thereof,

2                    PACT XPP SCHWEIZ AG v. INTEL CORPORATION

IT IS ORDERED THAT:

(1) The motion is granted. This appeal is dismissed subject, however, to reinstatement under the same docket number and without the payment of additional filing fees if, within 60 days from the date of entry of this order, appellant appeals from a final judgment in this case.

(2) Each side shall bear its own costs.

FOR THE COURT

January 30, 2025
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  January 30, 2025